CRIMINAL LAW (§ 814*)—INSTRUCTIONS—APPLICABILITY TO EVIDENCE.

Requested instructions, not applicable to the evidence introduced, were properly refused.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 1821, 1833, 1839, 1860, 1865, 1888, 1890, 1924, 1979–1985, 1987; Dec. Dig. § 814.*]

Appeal from Throckmorton County Court; T. J. Wright, Judge.

F. Templeton was convicted of catching fish within an inclosure without the consent of the owner, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of catching fish within the inclosure of W. E. Jarmon without the consent of the owner.

Appellant filed a motion to quash the information and complaint, on the ground that the act upon which it was based has been repealed by a subsequent act of the Legislature. We held adversely to appellant's contention in the case of Berry v. State, 156 S. W. 626, recently decided, but not yet officially reported. The statement of facts was not filed in time; but, if we could consider it, the evidence supports the verdict. The special charges, Nos. 1 and 2, requested, were not applicable to the evidence introduced, and the court did not err in refusing them.

The judgment is affirmed.

---

## BRAUN v. STATE.

(Court of Criminal Appeals of Texas. June 18, 1913.)

CRIMINAL LAW (§ 1097*)—APPEAL — AFFIRMANCE.

Where accused raised no question which can be considered without a statement of facts, the conviction must be affirmed if the record contains none.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Dr. Ludwig Braun was convicted of theft, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. From a conviction of theft of property over the value of $50, ap-

pellant prosecutes this appeal. There is no statement of facts with the record, in the absence of which appellant raises no question which we can consider.

The judgment is affirmed.